UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: ALLERGAN BIOCELL TEXTURED BREAST IMPLANT PRODUCTS LIABILITY LITIGATION | : Case No. 2:19-md-02921 (BRM) (JAD) <br> : MDL No. 2921 <br> : <br> : JUDGE BRIAN R. MARTINOTTI <br> : JUDGE JOSEPH A. DICKSON |

**THIS DOCUMENT RELATES TO:** *Rimkus v. Allergan Inc., et al.*, 2:19-cv-22114-BRM-JAD

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and her undersigned counsel hereby give notice that they voluntarily dismiss this action without prejudice.

Dated: August 26, 2020

Respectfully submitted,

WILLIAMS DIRKS DAMERON LLC

/s/ *Matthew L. Dameron*
WILLIAMS DIRKS DAMERON LLC
Matthew L. Dameron, MO Bar No. 52093
Michael A. Williams, MO Bar No. 47538
Eric L. Dirks, MO Bar No. 54921
1100 Main Street, Suite 2600
Kansas City, MO 64105
(Tel.) 816-945-7110
(Fax) 816-945-7118
matt@williamsdirks.com
mwilliams@williamsdirks.com
dirks@williamsdirks.com

*Attorneys for Plaintiff and the Proposed Class*

**SO ORDERED:**

_____
**BRIAN R. MARTINOTTI, U.S.D.J**
**Dated: 08/26/2020**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 26th day of August, 2020, I electronically filed the foregoing with the Court which will send notification of same to all counsel of record.

                                      /s/ *Matthew L. Dameron*
                                      Matthew L. Dameron